IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Wooley, Brent

Printed: 12/16/08

Case Number: 08 B 02526
Judge: Wedoff, Eugene R
Filed: 2/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 21, 2008
Confirmed: April 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,400.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,244.00 |
| Trustee Fee: |  | 156.00 |
| Other Funds: |  | 0.00 |
| Totals: | 2,400.00 | 2,400.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Associates | Administrative | 3,000.00 | 2,244.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual | Secured | 896.07 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 8,507.44 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 17,627.32 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 880.94 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 1,233.11 | 0.00 |
| 10. | Wachovia Dealer Services | Secured |  | No Claim Filed |
| 11. | First Franklin Financial | Secured |  | No Claim Filed |
| 12. | Chase Home Finance | Secured |  | No Claim Filed |
| 13. | Chase Home Finance | Secured |  | No Claim Filed |
| 14. | Habitat Development | Secured |  | No Claim Filed |
| 15. | Schottler & Associates | Priority |  | No Claim Filed |
| 16. | Wachovia Dealer Services | Unsecured |  | No Claim Filed |
| 17. | Alaska USA Federal Credit Unio | Unsecured |  | No Claim Filed |
| 18. | Mea Elk Grove LLC | Unsecured |  | No Claim Filed |
| 19. | Harris & Harris | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,144.88 | $ 2,244.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 156.00 |
|  | $ 156.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Wooley, Brent | Case Number: 08 B 02526 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/16/08 | Filed: 2/5/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

