IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wooley, Brent

Printed: 12/23/08

Case Number: 08 B 02526
Judge: Wedoff, Eugene R
Filed: 2/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: November 21, 2008
Confirmed: April 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,400.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,244.00 |
| Trustee Fee: |  | 156.00 |
| Other Funds: |  | 0.00 |
| Totals: | 2,400.00 | 2,400.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Schottler & Associates | Administrative | 3,000.00 | 2,244.00 |
| 2. Washington Mutual | Secured | 0.00 | 0.00 |
| 3. America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. Washington Mutual | Secured | 896.07 | 0.00 |
| 6. Resurgent Capital Services | Unsecured | 1,233.11 | 0.00 |
| 7. ECast Settlement Corp | Unsecured | 17,627.32 | 0.00 |
| 8. ECast Settlement Corp | Unsecured | 880.94 | 0.00 |
| 9. ECast Settlement Corp | Unsecured | 8,507.44 | 0.00 |
| 10. First Franklin Financial | Secured |  | No Claim Filed |
| 11. Wachovia Dealer Services | Secured |  | No Claim Filed |
| 12. Habitat Development | Secured |  | No Claim Filed |
| 13. Chase Home Finance | Secured |  | No Claim Filed |
| 14. Chase Home Finance | Secured |  | No Claim Filed |
| 15. Schottler & Associates | Priority |  | No Claim Filed |
| 16. Wachovia Dealer Services | Unsecured |  | No Claim Filed |
| 17. Mea Elk Grove LLC | Unsecured |  | No Claim Filed |
| 18. Alaska USA Federal Credit Unio | Unsecured |  | No Claim Filed |
| 19. Harris & Harris | Unsecured |  | No Claim Filed |
|  |  | $ 32,144.88 | $ 2,244.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 156.00 |
|  | $ 156.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wooley, Brent

Printed: 12/23/08

Case Number: 08 B 02526
Judge: Wedoff, Eugene R
Filed: 2/5/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

            Marilyn O. Marshall, Trustee, by:

*/s/ Mach*